TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00096-CV







In the Matter of Q. L. J., Appellant













FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT


NO. 149,907-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING








PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: April 5, 1995 

Do Not Publish